IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALI ODEH, and OSAMA "SAM" ODEH, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:06-CV-0225-K |
| RICHARD B. ROPER, et al., | § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on the Federal Defendants' motion to dismiss, filed June 30, 2006. The District Court reviewed the findings of the United States Magistrate Judge *de novo*. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Federal Defendants' Motion to Dismiss, and the individual Federal Defendants' motions to dismiss, are **GRANTED**.

SO ORDERED this 7th day of September, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE