IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALI ODEH, and OSAMA "SAM" ODEH, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:06-CV-0225-K |
| RICHARD B. ROPER, et al., | § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendants Timothy Spaulding and Gabrielle Taylor's Motion to Dismiss Plaintiffs' First Amended Complaint, filed June 6, 2006.  The District Court reviewed the findings of the United States Magistrate Judge *de novo*.  The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.  Spaulding and Taylor's motion to dismiss is **GRANTED**.

SO ORDERED this 7th day of September, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE