IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALI ODEH, and OSAMA "SAM" ODEH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:06-CV-0225-K |
| | § | |
| RICHARD B. ROPER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendant Michael Heiskell's Motion to Dismiss, filed July 7, 2006, and Plaintiffs' Objections thereto filed on September 5, 2006. The District Court reviewed the findings of the United States Magistrate Judge *de novo*. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Heiskell's Motion to Dismiss is **GRANTED**.

SO ORDERED this 7th day of September, 2006.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE