IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ALI ODEH and OSAMA ODEH,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 4:06-CV-0225-K |
| § | ECF |
| **RICHARD ROPER, et al.,** § | |
| § | |
| **Defendants.** § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to the District Court's Standing Order of Reference (doc. 43), this case has been referred to the United States Magistrate Judge for pretrial management. Before this Court is defendant Sue Engledow's motion to renew the federal defendants' motion to dismiss (as it pertains to her) and to renew her individual motion to dismiss (doc. 115). On August 15, 2006, this Court entered findings recommending that the District Court grant the federal defendants' motion to dismiss, including their individual motions to dismiss (doc. 93). Defendant Sue Engledow's name was inadvertently omitted from those findings. Therefore, for the reasons stated in the August 15, 2006 findings (doc. 93), the plaintiffs' claims against defendant Sue Engledow should be dismissed with prejudice. This Court recommends that the District Court grant defendant Sue Engledow's motion to renew the federal defendants' motion to dismiss (as it pertains to her) and to renew her individual motion to dismiss (doc. 115), along with the federal defendants' motion to dismiss as it pertains to defendant Sue Engledow (doc. 87), and Sue Engledow's individual motion to dismiss (doc. 80).

**SO RECOMMENDED**.  October 6, 2006.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

2

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these conclusions and recommendation on the parties. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these conclusions and recommendation must serve and file written objections within ten days after being served with a copy. A party filing objections must specifically identify those conclusions or recommendation to which objections are being made. The District Court need not consider frivolous, conclusory or general objections. A party's failure to file such written objections to these proposed conclusions and recommendation shall bar that party from a *de novo* determination by the District Court. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, any failure to file written objections to the proposed conclusions and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).