IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALI ODEH, and OSAMA "SAM" ODEH, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:06-CV-0225-K |
| RICHARD B. ROPER, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions and recommendation of the United States Magistrate Judge pertaining to defendant Sue Engledow are adopted and they are adopted as the findings and conclusions of the Court. Plaintiff's Objections to the findings, conclusions are **OVERRULED**. Accordingly, the Federal Defendants' Motion to Dismiss (Doc. 87) is **GRANTED** as it pertains to defendant Sue Engledow, along with Sue Engledow's individual motion to dismiss (Doc. 90).

SO ORDERED this 18th day of October, 2006.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE