IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALI ODEH and OSAMA ODEH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:06-CV-0225-K |
| | § | ECF |
| RICHARD ROPER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions, and recommendation of the United States Magistrate Judge on defendant Tim Evans' motion to dismiss (doc. 35) are adopted and they are adopted as the findings and conclusions of the Court. Plaintiff's Objections to Recommendation of Magistrate to Dismiss Defendant Evans are **OVERRULED.** Accordingly, defendant Tim Evans' motion to dismiss (doc. 35) is **GRANTED.**

**SO ORDERED.**

Signed this 3rd day of November, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE